| | | |
|---|---|---|
| DAVID C. PELTIER | * | STATE OF LOUISIANA |
| VERSUS NO. 111858 | * | PARISH OF LAFOURCHE |
| IMMUNEX CORPORATION, AMGEN, INC. AND WYETH PHARMACEUTICALS, INC. | * | 17TH JUDICIAL DISTRICT COURT |

**PETITION FOR DAMAGES**  DIVISION D

TO THE HONORABLE, THE SEVENTEENTH JUDICIAL DISTRICT COURT, SITTING IN AND FOR THE PARISH OF LAFOURCHE, STATE OF LOUISIANA:

The petition of **DAVID C. PELTIER**, a person of the full age of majority, resident of and domiciled in the Parish of Lafourche, State of Louisiana, with respect, represents:

1.

The following party is made defendant herein:

A. **IMMUNEX CORPORATION**, a foreign corporation, organized and existing under the laws of the State of California, with its principal corporate office located at One Amgen Center Drive, Thousand Oaks, California 91320-1799, having appointed Corporation Service Company, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833 as its registered agent for service of process;

B. **AMGEN,** a foreign corporation, organized and existing under the laws of the State of California, with its principal corporate office located at One Amgen Center Drive, Thousand Oaks, California 91320-1799, having appointed Corporation Service Company, 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833 as its registered agent for service of process;

C. **WYETH PHARMACEUTICALS, INC.**, a foreign corporation, organized and existing under the laws of the State of Pennsylvania, with its principal corporate office located at Wyeth Five Giralda Far, Madison, New Jersey 07940.

2.

During the year 2007, petitioner, David C. Peltier, was prescribed the prescription medication, Enbril, for treatment of psoriasis. Peltier received this prescription for a period of seven to eight months.

3.

In January 2008, Peltier was hospitalized due to severe internal infection for a period of approximately one month.

4.

Following his discharge from the hospital, Peltier continued to suffer from complications of the infection and began to exhibit neurological changes.

5.

On or about May 6, 2008, Peltier sought medical treatment with regard to the continuing complications and, more specifically, the neurological changes.

6.

Peltier was subsequently diagnosed and advised that he was suffering from demylanization disorder.

7.

After seeking additional medical treatment, he was advised that this disorder, as well as the previous infection, were related to his use of the prescription medication, Enbrel.

8.

Defendants, Immunex Corporation, Amgen, Inc. and Wyeth Pharmaceuticals, Inc. are subject to the jurisdiction of this Court in that they,

    A.    Directly or through their agents, transacted business in the State of Louisiana,

    B.    Contracted to supply services or things in the State of Louisiana,

    C.    Caused injury by an offense or offenses committed through acts or omissions in the State of Louisiana, and

    D.    Caused injuries and/or damage in the State of Louisiana by an offense or offenses committed through acts or omissions outside the State of Louisiana while regularly doing or soliciting business or engaging in persistent courses of conduct or deriving revenue from goods used or services rendered in the State of Louisiana.

9.

Upon information and belief, the prescription drug Enbrel referenced hereinabove was manufactured by Immunex Corporation, and distributed by Amgen, Inc. and Wyeth Pharmaceuticals, Inc., and at all times referenced herein, was used and maintained in a reasonably anticipated manner.

10.

Defendants, Immunex Corporation, Amgen, Inc. and Wyeth Pharmaceuticals, Inc., did design, manufacture, distribute, sell and place into the stream of commerce, the prescription drug, Enbrel, knowing and expecting that said drug would be used by consumers and members of the general public.

11.

At the time of the production and commercialization of the prescription drug, Enbrel, the defendants had knowledge of the inherent risk associated with its use, and failed to provide adequate warning of the risks associated with its use.

12.

Petitioner avers that a cause of his complications, current medical condition and resulting injuries sued for herein was the fault of Immunex Corporation, Amgen, Inc. and Wyeth Pharmaceuticals, Inc., jointly and in solido, which fault is particularized in the following, non-exclusive respects:

A) Failure to properly analyze the prescription drug so as to determine, prior to production, distribution and commercialization of the product, that it had hidden and unreasonable risks during foreseeable or predictable handling conditions.

B) Failure to anticipate foreseeable and/or predictable uses or manners of use of the prescription drug in question;

C) Failure to take reasonably feasible steps to provide adequate instructions to the users and those exposed to the risks inherent in the product;

D) Failure to warn, instruct, and fully caution users of the full extent of the dangers inherent in the foreseeable and predictable use of the prescription drug in question, as well as the chance or risk that such complications would manifest themselves in the absence of extraordinary caution;

E) Failure to cause users to appreciate the risks inherent in the product in question;

F) Failure to provide feasible and reasonably practical alternative methods of use without substantial risks.

G) In committing any and all other acts or omissions which may be shown and proven at the trial of this case.

13.

Immunex Corporation, Amgen, Inc. and Wyeth Pharmaceuticals, Inc. are liable under Louisiana law, for the defects of the prescription drug in question and the fault as

set forth herein, including but not limited to the Louisiana Product Liability Act and other Louisiana laws relating to fault.

14.

As a result of the incident described herein, David C. Peltier has sustained serious and permanent disabling injuries which have not resolved to date and which he believes to be permanent.

15.

Petitioner, David C. Peltier, itemizes the damages which he is entitled to recover from the defendant, in solido:

A) Past medical bills;

B) Future medical bills;

C) Past physical pain and suffering;

D) Future physical pain and suffering;

E) Past loss wages;

F) Future lost wages;

G) Past mental pain and suffering;

H) Future mental pain and suffering;

I) Loss of enjoyment in quality of life including any and all disability.

16.

At the time of the filing of this petition, the matter in controversy exceeds the amount specified in Code of Civil Procedure Article 1732(1) pertinent to jury trials and petitioner requests a trial by jury.

17.

Amicable demand has been made to no avail.

**WHEREFORE**, petitioner prays that after all legal proceedings are had, there be judgment herein in favor of petitioner, **DAVID C. PELTIER,** and against the defendant, **IMMUNEX CORPORATION, AMGEN, INC. AND WYETH PHARMACEUTICALS, INC.** for an amount consistent with the law and evidence, plus interest from the date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

NAQUIN & CARMOUCHE
501 West Third Street
Post Office Box 127
Thibodaux, Louisiana 70302
(985) 447-9554 Telephone
(985) 447-9550 Facsimile

DAVID W. ARDOIN, Bar Roll No. 24282

**PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE:**

**IMMUNEX CORPORATION**
Through its registered agent
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833

**AMGEN, INC.**
Through its registered agent
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833

**WYETH PHARMACEUTICALS, INC.**
Through its President
Kevin Giordano
Wyeth Five Giralda Far
Madison, New Jersey 07940

**FILED**

MAY - 4 2009

Rita B. Champagne
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. June 11, 2009

Kathleen M. Toutte
D/y Clerk of Court

| | | |
|---|---|---|
| DAVID C. PELTIER | * | STATE OF LOUISIANA |
| VERSUS NO. 111858 | * | PARISH OF LAFOURCHE |
| IMMUNEX CORPORATION | * | 17TH JUDICIAL DISTRICT COURT |

### REQUEST FOR WRITTEN NOTICE

TO THE HONORABLE THE SEVENTEENTH JUDICIAL DISTRICT COURT, SITTING IN AND FOR THE PARISH OF LAFOURCHE, STATE OF LOUISIANA:

Pursuant to Louisiana Code of Civil Procedure, Article 1572, the Honorable Clerk of Court of the Parish of Lafourche is hereby requested to give the undersigned counsel written notice by mail at least ten (10) days in advance, of the date fixed for the trial or hearing of this cause, whether on exception, rule or on the merits.

The Honorable Clerk of Court for the Parish of Lafourche is further requested to forward the undersigned counsel notice of any order or judgment rendered in this cause immediately upon entry of such order or judgment.

NAQUIN & CARMOUCHE
501 West Third Street
Post Office Box 127
Thibodaux, Louisiana 70302
(985) 447-9554 Telephone
(985) 447-9550 Facsimile

DAVID W. ARDOIN, Bar Roll No. 24282

**FILED**

MAY - 4 2009

CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. June 11, 2009

D/y Clerk of Court

JUDGE'S SUPPLEMENTAL COMPENSATION FUND

INDIVIDUAL REPORT SHEET

ACT 63 OF 1985

DATE 5/4/09   AMOUNT TO BE COLLECTED $0.50

CIVIL SUIT NO. 111858

PROBATE NO: _____

ADOPTION NO. _____

EXEMPT:   YES _____

NO ✓

TYPE OF DOCUMENT FILED:  NEW PROCEEDING _Damages_

OTHER:
(IDENTIFY BY NUMBER) _____

OTHER DOCUEMENTS: -------
1. RECONVENTIONAL DEMAND OR CROSS CLAIM
2. INTERVENTION
3. THIRD PARTY DEMAND
4. SUIT FOR DEFICIENCY JUDGMENT FILED IN ORIGINAL SUIT
5. SUIT FOR PARTITION FOLLOWING RENDITION OF A JUDG. OF SEPARATION/DIVORCE
6. SUIT FOR DIVORCE FILED IN ORIGINAL SEPARATION SUIT
7. OTHER (PLEASE STATE NAME OF DOCUMENT)

MONTHLY REPORT & CHECK GOES TO: JUDGE'S SUPPLEMENTAL COMPENSATION
FUND C/O STATE TREASURER'S OFFICE
P.O. BOX 44154
BATON ROUGE, LA 70804-4154

COPY OF MONTHLY REPORT GOES TO:   MR. EUGENE J. MURRET
JUDICIAL ADMINISTRATOR
LOUISIANA SUPREME COURT
ROOM 109, 301 LOYOLA AVENUE
NEW ORLEANS, LA 70112-1887

COMPUTER CODE: 52

ORGINIAL OF THIS REPORT TO BE FILED IN RECORD AND COPY OF THIS REPORT TO BE PUT IN MONTHLY FOLDER.

**FILED**

MAY - 4 2009

_Victor B. Champagne_
CLERK OF COURT

RLG

# 17TH JUDICIAL DISTRICT COURT

## SITTING IN AND FOR THE PARISH OF LAFOURCHE

DAVID C. PELTIER

VERSUS NO. 111858

IMMUNEX CORPORATION, ET AL

TO: Immunex Corporation
through its registered agent
Corporation Service Company
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

residing in California.

You are hereby summoned to comply with the prayer of the petition, a true and faithful copy whereof accompanies this citation, or file your answer in writing with the Clerk of said Court at his office in the City of Thibodaux, Louisiana, within thirty days from the filing of the affidavit of service herein, in accordance with R.S.13:3201, et seq., under penalty of default.

Witness the Honorable Judges of said Court.

Granted under the impress of the seal of said Court and my official signature, this 5th day of May, 2009.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court
Lafourche Parish

ATTORNEY:

NAQUIN & CARMOUCHE
ATTORNEY AT LAW
P.O. BOX 127
THIBODAUX, LA 70302

FILED
MAY 5 2009
Dy CLERK OF COURT

RLG

# 17TH JUDICIAL DISTRICT COURT

## SITTING IN AND FOR THE PARISH OF LAFOURCHE

DAVID C. PELTIER

VERSUS   NO.   111858

IMMUNEX CORPORATION, ET AL

TO: Amgen Inc.
through its registered agent
Corporation Service Company
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA   95833

residing in California.

You are hereby summoned to comply with the prayer of the petition, a true and faithful copy whereof accompanies this citation, or file your answer in writing with the Clerk of said Court at his office in the City of Thibodaux, Louisiana, within thirty days from the filing of the affidavit of service herein, in accordance with R.S.13:3201, et seq., under penalty of default.

Witness the Honorable Judges of said Court.

Granted under the impress of the seal of said Court and my official signature, this 5th day of May, 2009.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court
Lafourche Parish

ATTORNEY:

NAQUIN & CARMOUCHE
ATTORNEY AT LAW
P.O. BOX 127
THIBODAUX, LA   70302

FILED
MAY 5 2009
CLERK OF COURT

RLG

# 17TH JUDICIAL DISTRICT COURT

## SITTING IN AND FOR THE PARISH OF LAFOURCHE

DAVID C. PELTIER

VERSUS NO.   111858

IMMUNEX CORPORATION, ET AL

TO:  Wyeth Pharmaceuticals Inc.
     through its president
     Kevin Giordano
     Wyeth Five Giralda Far
     Madison, NJ 07940

residing in New Jersey.

You are hereby summoned to comply with the prayer of the petition, a true and faithful copy whereof accompanies this citation, or file your answer in writing with the Clerk of said Court at his office in the City of Thibodaux, Louisiana, within thirty days from the filing of the affidavit of service herein, in accordance with R.S.13:3201, et seq., under penalty of default.

Witness the Honorable Judges of said Court.

Granted under the impress of the seal of said Court and my official signature, this 5th day of May, 2009.

>                                    VERNON H. RODRIGUE
>                                    CLERK OF COURT
>
>                                    _____
>                                    Deputy Clerk of Court
>                                    Lafourche Parish

ATTORNEY:

NAQUIN & CARMOUCHE
ATTORNEY AT LAW
P.O. BOX 127
THIBODAUX, LA    70302

FILED
MAY 5 2009
CLERK OF COURT

# VERNON H. RODRIGUE
## Clerk of Court
Seventeenth Judicial District Court
Parish of Lafourche



P. O. BOX 818    THIBODAUX, LA 70302-0818

May 5, 2009

Mr. David Ardoin
Attorney at Law
P.O. Box 127
Thibodaux, La.  70302

IN RE: DAVID PELTIER
VS. NO. 111858
IMMUNEX CORP., ET AL

Dear Mr. Ardoin:

Enclosed please find the service(s) which is to be made through the Louisiana Long Arm Statute by you. After you receive the Green Cards back from the certified mail, please file an affidavit of service with our office.

Yours truly,
VERNON H. RODRIGUE
Clerk of Court

By: *Rouame Budy*
Deputy Clerk of Court

FILED
MAY 5 2009
*Rouame Budy*
By CLERK OF COURT

THIBODAUX:  ADMINISTRATIVE & RECORDING - 985/447-4841
CIVIL - 985/447-5550
CRIMINAL - 985/447-5512
FAX - 985/447-5800
TOLL FREE - 1-866-447-4841

LOCKPORT:   PHONE: 985/532-7361      GALLIANO:   PHONE: 985/632-8111
FAX: 985/532-7362                                FAX: 985/632-5897

WEBSITE:  http://www.lafourcheclerk.com

| | | |
|---|---|---|
| DAVID C. PELTIER | * | STATE OF LOUISIANA |
| VERSUS NO. 111858 | * | PARISH OF LAFOURCHE |
| IMMUNEX CORPORATION, AMGEN, INC. AND WYETH PHARMACEUTICALS, INC. | * | 17TH JUDICIAL DISTRICT COURT |

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF LAFOURCHE

**BEFORE ME**, the undersigned authority, personally came and appeared:

**DAVID W. ARDOIN**

Who, after being duly sworn, deposed and stated that on the 12th day of May, 2009 he served a certified copy of the citation and petition in the matter entitled, "David C. Peltier Versus Number 111858 Immunex Corporation, et al" under the Louisiana Long Arm Statute, LSA-R.S. 13:3201(3), pursuant to Section 3204 of Title Thirteen by mailing the petition to defendant, Amgen, Inc., by certified mail, return receipt requested, properly addressed and postage prepaid; that on the 18th day of the month of May, 2009, the citation and petition was delivered and received by defendant; that he received the postal receipt attached hereto, indicating that same had been delivered to defendant and signed for by Rhonda Tuck.

DAVID W. ARDOIN, Bar Roll No. 24282

**SWORN TO AND SUBSCRIBED**, before me, Notary, this 20th day of May, 2009.

RENEE D. CHIASSON
NOTARY PUBLIC #058355

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. June 11, 2009
Kathleen M. Justre
D/y Clerk of Court

**FILED**
MAY 26 2009
CLERK OF COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rhonda Tuck_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rhonda Tuck
C. Date of Delivery

1. Article Addressed to:

Amgen, Inc.
Through its registered agent
Corporation Service Co.
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0003 3242 3186

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**FILED**
MAY 26 2009
CLERK OF COURT

| | | |
|---|---|---|
| DAVID C. PELTIER | * | STATE OF LOUISIANA |
| VERSUS NO. 111858 | * | PARISH OF LAFOURCHE |
| IMMUNEX CORPORATION, AMGEN, INC. AND WYETH PHARMACEUTICALS, INC. | * | 17TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF LAFOURCHE

**BEFORE ME**, the undersigned authority, personally came and appeared:

### DAVID W. ARDOIN

Who, after being duly sworn, deposed and stated that on the 12th day of May, 2009 he served a certified copy of the citation and petition in the matter entitled, "David C. Peltier Versus Number 111858 Immunex Corporation, et al" under the Louisiana Long Arm Statute, LSA-R.S. 13:3201(3), pursuant to Section 3204 of Title Thirteen by mailing the petition to defendant, Immunex Corporation, by certified mail, return receipt requested, properly addressed and postage prepaid; that on the 18th day of the month of May, 2009 the citation and petition was delivered and received by defendant; that he received the postal receipt attached hereto, indicating that same had been delivered to defendant and signed for by Rhonda Tuck.

DAVID W. ARDOIN, Bar Roll No. 24282

**SWORN TO AND SUBSCRIBED**, before me, Notary, this 20th day of May, 2009.

RENEE D. CHIASSON
NOTARY PUBLIC #058355

A TRUE COPY.
Clerk of Court's Office
Thibodaux, La.
Dty Clerk of Court

**FILED**
MAY 26 2009
CLERK OF COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Rhonda Tuell ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>Rhonda Tuck |
| 1. Article Addressed to:<br>Immunex Corporation<br>Through its Registered Agent<br>Corporation Service Company<br>2730 Gateway Oaks Drive<br>Suite 100<br>Sacramento, California 95833 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service) | 7007 1490 0003 3242 3193 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-1540 |

**FILED**

MAY 26 2009

CLERK OF COURT

| | | |
|---|---|---|
| DAVID C. PELTIER | * | STATE OF LOUISIANA |
| VERSUS NO. 111858 | * | PARISH OF LAFOURCHE |
| IMMUNEX CORPORATION, AMGEN, INC. AND WYETH PHARMACEUTICALS, INC. | * | 17TH JUDICIAL DISTRICT COURT |

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA

PARISH OF LAFOURCHE

BEFORE ME, the undersigned authority, personally came and appeared:

**DAVID W. ARDOIN**

Who, after being duly sworn, deposed and stated that on the 12th day of May, 2009 he served a certified copy of the citation and petition in the matter entitled, "David C. Peltier Versus Number 111858 Immunex Corporation, et al" under the Louisiana Long Arm Statute, LSA-R.S. 13:3201(3), pursuant to Section 3204 of Title Thirteen by mailing the petition to defendant, Wyeth Pharmaceuticals, Inc., by certified mail, return receipt requested, properly addressed and postage prepaid; that on the 18th day of the month of May, 2009, the citation and petition was delivered and received by defendant; that he received the postal receipt attached hereto, indicating that same had been delivered to defendant and signed for by Steven Ashorbaeu.

_____
DAVID W. ARDOIN, Bar Roll No. 24282

SWORN TO AND SUBSCRIBED, before me, Notary, this 26th day of May, 2009.

_____
RENEE D. CHIASSON
NOTARY PUBLIC #058355

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. June 11, 2009
_____
Dty Clerk of Court

**FILED**
MAY 26 2009
_____
CLERK OF COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Steven Anthonbrew  C. Date of Delivery |
| 1. Article Addressed to:<br>Wyeth Pharmaceuticals, Inc.<br>Through its President<br>Kevin Giordano<br>Wyeth Five Giralda Far<br>Madison, NJ 07940 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>[MAY 18 2009 postmark]<br>3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0003 3242 3179 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

**FILED**
MAY 26 2009
[signature]
CLERK OF COURT

E

# ROUSSE & BLANCHARD
ATTORNEYS AT LAW

16210 WEST MAIN STREET
CUT OFF, LOUISIANA 70345

PETER J. ROUSSE  
KIRBY P. BLANCHARD, JR.

PHONE: (985) 632-6473  
FAX:    (985) 632-2877

May 26, 2009

*Honorable Vernon H. Rodrigue*  
*Clerk of Court*  
*Parish of Lafourche*  
*Post Office Box 818*  
*Thibodaux, LA 70302-0818*

RE:   **INTERNATIONAL CONSTRUCTION GROUP, LLC**  
      **VS. NO: 111858**  
      **FORD MOTOR COMPANY & LAFOURCHE FORD MOTOR COMPANY**  
      **MY FILE NO: I08-0521**      # 111848

*Dear Sir:*

*Enclosed is the original, executed certified return receipt green card and the affidavit prepared by my office regarding the long arm service in the above referenced matter. Kindly file into record and return a stamped copy to my office with the enclosed self-addressed stamped envelope.*

*If you have any questions, please do not hesitate to contact my office.*

*With kindest regards, I remain*

*Sincerely,*  
**LAW OFFICE OF ROUSSE & BLANCHARD**

By: _____  
PETER J. ROUSSE

PJR/klp  
*Enclosure*  
CC:   *International Marine, LLC*

**FILED**

MAY 29 2009

_____  
CLERK OF COURT

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

DIVISION "E"  DOCKET NO. 111858

INTERNATIONAL CONSTRUCTION GROUP, L.L.C.

VERSUS

FORD MOTOR COMPANY
AND LAFOURCHE FORD MOTOR COMPANY

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF LAFOURCHE

**BEFORE ME**, the undersigned authority, personally came and appeared: KATHY PICKETT, 11864 Hwy 308, Larose, Louisiana, 70373, who after being duly sworn, did depose and state that on the 12th day of May, 2009, she served a certified copy of a Petition for Damages in this action under the Louisiana Long Arm Statute, LSA-R.S. 13:3201, pursuant to Section 3204 of Title 13, by mailing it to the defendant, Ford Motor Company, by certified mail, return receipt requested, properly addressed to the defendant's Registered Agent for Service, The Corporation Trust Company and postage prepaid; that on or about the 19th day of May, 2009, the certified return receipt regarding said Petition for Damages was delivered and accepted by someone on behalf of the defendant's Registered Agent for Service, The Corporation Trust Company, that she received the postal receipt attached hereto, indicating that same had been delivered to defendant's Registered Agent for Service, at the address of 1209 Orange Street, Wilmington, Delaware, 19801.

KATHY PICKETT
Legal Assistant to Peter J. Rousse,
Attorney for Petitioner

Sworn to and subscribed
before me this 26TH day
of May, 2009.

PETER J. ROUSSE
BAR # 23922

A TRUE COPY.
Clerk of Court's Office
Thibodaux, La June 11, 2009
Kathleen M. [illegible]
D/y Clerk of Court

**FILED**
MAY 29 2009
CLERK OF COURT



A TRUE COPY.
Clerk of Court's Office
Thibodaux, La June 1, 2009
Kathleen M [signature]
by Clerk of Court

**FILED**

MAY 2 9 2009

Rebecca R. Tuschen
CLERK OF COURT