

KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR -5 PM 2:22
LORETTA G. WHYTE
CLERK

GLENN M. FARNET, PARTNER
PH. 225.382.3431 DIRECT FAX 225.215.4031
GLENN.FARNET@KEANMILLER.COM

March 3, 2010

**VIA FACSIMILE & REGULAR U.S. MAIL**
The Honorable Mary Ann Lemmon
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C406
New Orleans, Louisiana 70130

Re: David C. Peltier v. Immunex Corporation, et al
USDC, Eastern District of Louisiana, No. 09-3841
Our File No.: 17102-4

Dear Judge Lemmon:

I am happy to report that the parties have agreed to settle the above-referenced matter. The settlement papers are being finalized and a stipulation of dismissal with prejudice will be filed as soon as the settlement has been consummated. Thank you for your consideration of this matter.

If you have any questions, please let me know.

Very truly yours,

Glenn M. Farnet

GMF/sf
cc: David Ardoin, Esq. (via email)
Ann Koppel, Esq. (via email)

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___



KEAN MILLER

KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

# FACSIMILE TRANSMISSION

TO: Hon. Judge Lemmon

FAX: 504-589-2239

FROM: Glenn M. Farnet

TELEPHONE: 225-382-3431

FILE NO: 17102-4

DATE: March 3, 2010

OPERATOR: Shannon F.

PAGES: Cover + 1

COMMENTS: Please see attached.

1650516_1.DOC

CONFIDENTIALITY NOTE:

The information contained in this facsimile message may contain legally privileged and/or confidential information and is intended only for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this facsimile is strictly prohibited. If you have received this facsimile in error, we would appreciate your notifying us at 225.387.0999.

This transmission is being sent by the following KM office:



18TH FLOOR, ONE AMERICAN PLACE
BATON ROUGE, LOUISIANA 70825
225.387.0999
FACSIMILE 225.388.9133

MAILING ADDRESS:
POST OFFICE BOX 3513
BATON ROUGE, LOUISIANA 70821

LL&E TOWER, SUITE 1450
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112
504.585.3050
FACSIMILE 504.585.3051

ONE LAKESHORE DR., SUITE 1600
LAKE CHARLES, LOUISIANA 70629
337.430.0350
FACSIMILE 337.436.5566

23425 RAILROAD AVE., SUITE 10
PLAQUEMINE, LOUISIANA 70764
225.687.9845
FACSIMILE 225.382.3445